UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-20258-CIV-JORDAN

| | |
|---|---|
| EARNEST LEE COLEMAN ) | |
| ) | |
| Petitioner ) | **CLOSED CIVIL CASE** |
| ) | |
| vs. ) | |
| ) | |
| WALTER MC NEIL ) | |
| ) | |
| Respondent ) | |

## ORDER TRANSFERRING CASE TO MIDDLE DISTRICT OF FLORIDA

Upon de novo review of the record, I adopt Magistrate Judge White's report and recommendation [D.E. 4], to which no objections have been filed. Accordingly, the clerk is directed to transfer this case to the U.S. District Court for the Middle District of Florida, where proper venue lies, by sending a certified copy of the file (including this order) to the clerk of the Middle District.

This case is closed in the Southern District of Florida.

Done and ordered in chambers at Miami, Florida, this 25th day of February, 2010.

_____
Adalberto Jordan
United States District Judge

copy to counsel of record & Earnest Lee Coleman, pro se, DC # 837573, Zephyrhills C.I., 2739 Gall Blvd., Zephyrhills, FL 33541-9701.